UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-23445-CR-DIMITROULEAS

RONALD MOJICA,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

This CAUSE came before the Court on Movant, Ronald Mojica's pro se November 1, 2013, Motion to Dismiss § 2255 [DE-7], and his counsel's November 19, 2013 Motion to Dismiss [DE-11], and the Court having considered said motions and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motions to Dismiss [DE-7, 11] are **GRANTED WITHOUT PREJUDICE**. The November 22, 2013, evidentiary hearing is **CANCELLED**. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of November, 2013.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Ronald Mojica, #99770-004
Yazoo City Medium
FCI
PO Box 5888
Yazoo City, MS 39194

U.S. Marshall